**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHARLES M. HOLZNER, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVITA INC., a Delaware Corporation; DAVITA KIDNEY CARE, a business entity, form unknown; DAVITA RX, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. SACV18-1250-JLS (DFMx)<br><br>**FINAL JUDGMENT DISMISSING THE ACTION WITH PREJUDICE**<br><br>Hon. Josephine L. Staton<br>Courtroom 10A |

Pursuant to the ORDER of the Court, entered on February 1, 2021 (Doc. 81), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The above-captioned action is hereby dismissed with prejudice;

2. Judgment is entered in favor of defendants DAVITA INC., DAVITA KIDNEY CARE, and DAVITA RX, LLC (collectively, "Defendants") against the relator, Charles M. Holzner; and

3. Defendants are entitled to reasonable costs to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1) and L.R. 54-2.

Dated: February 11, 2021

_____
Hon. Josephine L. Staton
United States District Judge